**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| **ERECKA R. FAUST, for C.G.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | No. 4:07CV1035SNL/LMB |
| | ) | |
| **MICHAEL J. ASTRUE,** | ) | |
| **Commissioner of Social** | ) | |
| **Security,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

Having received no objections thereto,

**IT IS HEREBY ORDERED** that the report and recommendation of United States Magistrate Judge Lewis M. Blanton (#21), filed January 4, 2008 is **SUSTAINED, ADOPTED** and **INCORPORATED** herein.

**IT IS FURTHER ORDERED** that defendant's motion to reverse and remand (#20) be and is **GRANTED.**

**IT IS FINALLY ORDERED, ADJUDGED and DECREED** that this cause of action be and is hereby **REMANDED**, pursuant to Sentence Four of 42 U.S.C. §405(g) to the Commissioner for further proceedings consistent with the Magistrate Judge's report and recommendation. This Court will not retain jurisdiction of this matter.

Dated this   16th    day of January, 2008.

_____
SENIOR UNITED STATES DISTRICT JUDGE